

Exhibit A



## Montana Department of Corrections
### Statement of Incident

**Title:** A-UNIT 120 cube  **Statement #:** 11009
**Incident Date:** 04/20/2018  **Incident Time:** 08:40 AM  **Statement Date:** 04/20/2018
**Jurisdiction:** Montana State Prison

### Incident Scene
**Incident Occurred at Facility?** Yes
**Location:** Montana State Prison/Low Side/Unit A/128 cell

### Summary of Incident
on the above time and date while shaking down the 120 cube and the cells I co palmer began to search cell 128 witch housed inmates Strizich, J AO# 2138747 and Golie, A AO# 2082922. I began my search with inmate Strizich property as I search his dresser I found 3 plastic wrap wrappers in the top drawer of his dresser I confiscated it while I continued the search. As soon as I finished the search I returned to the sergeants office to inspect the wrapper. while opening one of the wrappers I found a suspicious crystal substance inside. I immediately turned it over to SGT Phillpott who took it to command post to log it in. while SGT Phillpott was in command post we received a phone call to lock up inmate Strizich. EOR

### Involved Persons
No Individuals are associated with this Incident Statement

### Source and Documentation
**Confidential Informant:** No
**Information Source:** Staff - Palmer, Dustin
**Reporting Staff:** Palmer, Dustin  **Title:** Correctional Officer
**Signature:** _____  **Date:** 4-20-18

### Notes
No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:** _____

**Supervisor Name:** _____  **Title:** _____
**Signature:** _____  **Date:** _____

**Routing List (Place an X next to those this report will be distributed to):**

| | | |
|---|---|---|
| ___ Helena Office | ___ Security Major | ___ Medical |
| ___ MSP Duty Officer | ___ Unit Manager | ___ Maintenance |
| ___ Warden or Designee | ___ Command Post | ___ Investigator's Office |
| ___ Deputy Warden | ___ Inmate Records File | ___ MCE |
| ___ Associate Warden | ___ Inmate Unit File | ___ Safety Committee |
| ___ Other | | |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

DEFENDANTS 001

(Ref: CR18-04-09)

**STATE OF MONTANA DEPARTMENT OF CORRECTIONS**
MSP ☒  MWP ☐  CONTRACT FACILITY:_____

Exhibit B

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**
*(Information and staff signatures on this form must be legible)*
MAJOR ☒   MINOR ☐

Inmate Name: **Strizich**, **Jorg**    ID # **2138747**
            Last name        First Name

Date: **4/19/18**   Time: **0900**   Place of Incident: **A-unit**
Room/Cell: **N/A 128**   Housing Unit: **A-unit**   Job Assignment: **Labor Pool - 801**
Infraction Number(s) & Name(s): **4107 - Possession, introduction or use of a narcotic.**

Staff Witness: 1. **Jeff Olhausen**    Other Inmates involved 1. _____
2. _____    2. _____

Description of Violation: (who, what, why, where, when and how): **On the above date and time inmate Strizich tested positive for THC. Sample sent to lab.**

REPORTING STAFF MEMBER: **Jeff Olhausen** (Print Name)  (Sign Name)
Supervisor Review: **Sam Jovanovich** (Print Name)  (Sign Name)

Inmate Status: ☐ Pre-Hearing Confinement   ☒ Release to Previous Status   ☐ Other
Reason: **pending results from the lab**

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)

_____ **4/19/18** _____ / /
(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

**NOTICE OF HEARING/PREHEARING ACTION**
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: __/__/__   Time: _____ hrs.   Place:_____
2. I understand the charge(s)?   ☐ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf ☐ Yes ☐ No If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:_____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure. I also understand that by refusing to sign I am waiving my hearing, my right to witnesses and witness statements, and my right to an appeal.

_____   _____   _____
(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

Attachment B    MSP 3.4.1, Institutional Discipline    Effective January 17, 2017

DEFENDANTS 002

STATE OF MONTANA DEPARTMENT OF CORRECTIONS
MSP ☒  MWP ☐   CONTRACT FACILITY:_____

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**
*(Information and staff signatures on this form must be legible)*
MAJOR ☒    MINOR ☐


Exhibit C

Inmate Name: Strizich, Jory    ID # 2138747
Date: 4/20/18   Time: 0840   Place of Incident: A-unit 128
Room/Cell: 128   Housing Unit: A-unit   Job Assignment: 801 labor pool
Infraction Number(s) & Name(s): 4107 - Possessing, introducing or using any narcotic, narcotic paraphernalia, or illegal/unauthorized drug

Staff Witness: 1. C/o Palmer         Other Inmates involved 1. _____
2. _____                             2. _____

Description of Violation: (who, what, why, where, when and how): On the above date and approximate time while doing cell searches on the 120 cube officer Palmer was searching the 128 cell when he found some clear plastic with a white crystal substance in it. Also found was some clear plastic with clear tape and had some white crystals stuck to it. The substance was taken to the command post and placed into evidence bags where it was then given to Sherry Glovan in investigations. End of Report

REPORTING STAFF MEMBER: Dawn Phillpott (Print Name)   Dawn Phillpott (Sign Name)
Supervisor Review: _____ (Print Name)   _____ (Sign Name)

Inmate Status: ☒ Pre-Hearing Confinement   ☐ Release to Previous Status   ☐ Other
Reason: Security Threat

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.)
SSC _____ (Shift Supervisor's Signature)   4/20/18 (Date)   _____ (Warden or Designee Signature)   / / (Date)

**NOTICE OF HEARING/PREHEARING ACTION**
I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: 4/24/18   Time: Any hrs.   Place: Any
2. I understand the charge(s)?  ☐ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☐ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Be present at the hearing and present evidence and witnesses on my behalf. ☐ Yes ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:_____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.

_____ (Staff Signature)   _____ (Date & Time)   _____ (Inmate's Signature / ID#)

Copies to: Records (White)   Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)

Attachment B         MSP 3.4.1, Institutional Discipline         Effective February 23, 2015

DEFENDANTS 003



Exhibit D



## Montana Department of Corrections
### Statement of Incident

**Title:** Testing of crystal substance  
**Statement #:** 11021  
**Incident Date:** 04/20/2018    **Incident Time:** 02:00 PM    **Statement Date:** 04/20/2018  
**Jurisdiction:** Montana State Prison

### Incident Scene
**Incident Occurred at Facility?** Yes  
**Location:** Montana State Prison/Low Side/Unit A/UA 2/8/Testing done in the Office of Investigations.

### Summary of Incident
Reference Statement #11009 written by CO Dustin Palmer.  
REF: CR18-04-059

On the above date and time, I conducted field drug tests on crystal substances found inside the dresser of Jory Strizich #2138747. Investigator Patrick Martin was witness to the testing.

ITEM #1:  
Crystals inside plastic wrap. Sample test presumptive POSITIVE for METH.

ITEM #2:  
Crystals attached to tape, entangled with plastic and other items. Sample test presumptive POSITVE for METH.

The evidence will be sent to the State Crime Lab for confirmation testing.

### Involved Persons

| Category | Person | Narrative |
|---|---|---|
| Offender | Strizich, Jory - 2138747 | Suspected methamphetamines found in his cell inside his dresser. |

### Source and Documentation
**Confidential Informant:** No  
**Information Source:** Staff - Palmer, Dustin  
**Reporting Staff:** Glovan, Sherry     **Title:** Crime Investigator

**Signature:** _____    **Date:** _____

### Notes
No Notes are associated with this Incident Statement

**NOTE: Supervisors must review all reports for accuracy before signing off**

**Supervisor Review and Remarks:** _____

**Supervisor Name:** _____    **Title:** _____  
**Signature:** _____    **Date:** _____

**Routing List (Place an X next to those this report will be distributed to):**

_____ Helena Office     _____ Security Major     _____ Medical

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Printed: 04/20/2018 @ 03:08 PM     Page 1 of 2     Original - 09/14/2016

DEFENDANTS 004



## Montana Department of Corrections
### Statement of Incident

**Title:** Testing of crystal substance  **Statement #:** 11021
**Incident Date:** 04/20/2018  **Incident Time:** 02:00 PM  **Statement Date:** 04/20/2018
**Jurisdiction:** Montana State Prison

| | | |
|---|---|---|
| \_\_\_\_\_ MSP Duty Officer | \_\_\_\_\_ Unit Manager | \_\_\_\_\_ Maintenance |
| \_\_\_\_\_ Warden or Designee | \_\_\_\_\_ Command Post | \_\_\_\_\_ Investigator's Office |
| \_\_\_\_\_ Deputy Warden | \_\_\_\_\_ Inmate Records File | \_\_\_\_\_ MCE |
| \_\_\_\_\_ Associate Warden | \_\_\_\_\_ Inmate Unit File | \_\_\_\_\_ Safety Committee |
| \_\_\_\_\_ Other | | |

Note: This statement of incident may be the only statement of the described incident, or it may be one of several. All statements of this incident will be collected and combined into a single incident report.

Printed: 04/20/2018 @ 03:08 PM        Page 2 of 2        Original - 09/14/2016

DEFENDANTS 005

Case 6:21-cv-00022-SEH   Document 2-1   Filed 03/23/21   Page 19 of 29



Exhibit E

# STATE OF MONTANA DEPARTMENT OF CORRECTIONS
MSP ☒  MWP ☐  CONTRACT FACILITY: _____

## DISCIPLINARY HEARING DECISION

MAJOR ☒   MINOR ☐

Inmate's Name: Strizich, Tony         ID # 2138747   Date: 4.24.18
Infraction Number(s) & Name(s): 4107 - Poss. of Narcotics
☒ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN
Continuance granted to Date: __/__/__   By: _____
Reason: _____

Plea: ☐ Guilty   ☒ Not Guilty   ☐ Other: _____
Inmate's Statement: See attached statement. I haven't seen any photos. Officer Palmer admitted that some of the items got mixed up.

Evidence Provided: Infraction report, incident reports

Findings: ☒ Guilty of # 4107   ☐ Not Guilty of # __
Evidence Relied On: Infraction report, incident reports

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports: 1  2  3  4  5]   Grid Level to Use: 1
(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).
Sanction(s): 30 days detention, cue 4 days END 5.20.18
Refer to investigations

Reason(s) for findings: A crystal substance was found in offender's desk drawer that tested positive for meth.

Thomas Wilson  4.25.18       C. Slaughter  4.24.18
ADMINISTRATIVE REVIEW / DATE         DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☒ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: X JR St.

Copies to: Records (White)   Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)

Attachment C         MSP 3.4.1, Institutional Discipline         Effective January 17, 2017

DEFENDANTS 006

*Re-hear*

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒   MWP ☐   CONTRACT FACILITY: _____

Exhibit F

## DISCIPLINARY HEARING DECISION

MAJOR ☒   MINOR ☐

Inmate's Name: Strizich, Jory      ID # 2138747   Date: 12/7/18
Infraction Number(s) & Name(s): 4107- Poss. of Narcotics
☒ I DO UNDERSTAND THE VIOLATION   ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN
Continuance granted to Date: __/__/__ By: _____
Reason:

Plea: ☐ Guilty   ☒ Not Guilty   ☐ Other: _____
Inmate's Statement:

Evidence Provided: Chemical analysis report

Findings: ☐ Guilty of # _____   ☒ Not Guilty of # 4107
Evidence Relied On: Chemical report

For Sanction Purposes: [Circle the number of prior Major/Minor Infraction Reports: 1 2 3 4 5 ] Grid Level to Use: __
(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).

Sanction(s): DISMISS

Reason(s) for findings: Substance was tested and found to be negative.

Thomas Wilson  12-10-18
ADMINISTRATIVE REVIEW / DATE

_____ (signature)
DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL
Inmate's Signature / ID#: _____ 2138747

Copies to: Records (White)   Parole Board-Majors only (Yellow)   Housing Unit (Pink)   Inmate (Goldenrod)

Attachment C     MSP 3.4.1, Institutional Discipline     Effective January 17, 2017

DEFENDANTS 007