# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| JORY STRIZICH,<br><br>                Plaintiff,<br><br>vs.<br><br>DUSTIN PALMER.<br><br>                Defendant. | No. CV-21-22-H-SEH<br><br>**ORDER** |

This case was filed March 23, 2021.[1] A pretrial Scheduling Order was issued on October 5, 2021.[2] On December 20, 2021, Plaintiff Jory Strizich ("Strizich") filed a document denominated as an "Unopposed Motion to Compel Disclosure and Memorandum of Law in Support."[3]

Strizich's characterization of the "Unopposed Motion to Compel Disclosure and Memorandum of Law in Support" as unopposed is inaccurate and mischaracterizes the record.

---

[1] Doc. 2.

[2] Doc. 15.

[3] Doc. 21.

**ORDERED:**

1. "Unopposed Motion to Compel Disclosure and Memorandum of Law in Support"[4] is DENIED.

2. The parties may proceed with address of pretrial issues in compliance with the Court's Scheduling Order of October 5, 2021,[5] and as required by applicable law.

DATED this 7th day of January, 2022.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[4] Doc. 21.

[5] Doc. 15

*[Signature]*