Jory R. Strizich, #437339
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Plaintiff Pro Se

FEB 0 8 2022

Clerk, U.S. Courts
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | | |
|---|---|---|
| JORY STRIZICH, | ) | CV 21-00022-H-SEH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | PLAINTIFF'S WITNESS LIST |
| DUSTIN PALMER, | ) | |
| Defendant. | ) | |

COMES NOW the Plaintiff Jory Strizich, pro se, pursuant to this Court's Order (Doc. 15 at 8), hereby submits Plaintiff's Witness List.

A. Plaintiff WILL CALL the following witnesses at trial:

Jory Strizich
Andrew Golie
Dustin Palmer
Mary Jess
Sherry Glovan
Patrick Martin
Jennifer Dale
CHristine Klanecky
Sam Jovanovich
Dawn Jones
Josh Kline
Billie Reich
Jim Salmonsen
Bahne A. Klietz
All officers working 1st shift in A-unit on April 19-20, 2018
Rian Kvernes
Christian Křaha

B. Plaintiff MAY CALL the following witnesses at trial:

Angela Weddington
Jeff Olhausen

1

Thomas Wilson
Tom Wood
Any rebuttal witness

DATED this 31st day of January, 2022.

                                                    Jory R. Stiizich
                                                    Plaintiff Pro Se