Jory R. Strizich, #437339
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Plaintiff Pro Se

FEB 0 8 2022

Clerk, U.S. Courts
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| JORY STRIZICH, | ) | CV 21-00022-H-SEH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PLAINTIFF'S DISCLOSURE OF |
| | ) | NON-RETAINED EXPERTS |
| DUSTIN PALMER, | ) | |
| Defendant. | ) | |

COMES NOW the Plaintiff Jory Strizich, pro se, pursuant to this Court's Order (Doc. 15 at 2) and Rule 26(a)(2)(A) and (C), Fed.R.Civ.P., hereby submits Plaintiff's Disclosure of Non-retained Experts. Plaintiff may call the following non-retained experts at trial:

1. Bahne A. Klietz - Chemical Analyst with the Montana Department of Justice Forensic Science Division who has knowledge and information regarding the testing of the crystal substances relevant to this case.

DATED this 31st day of January, 2022.

Jory R. Strizich
Plaintiff Pro Se

1