IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JORY STRIZICH, | CV 21–22–H–DWM |
| Plaintiff, | |
| vs. | ORDER |
| DUSTIN PALMER, | |
| Defendant. | |

Having failed to respond timely to Defendant Dustin Palmer's Motion to Dismiss three counts of the Complaint,

IT IS ORDERED that Plaintiff Jory Strizich shall respond to Defendant's Motion to Dismiss, (Doc. 82), on or before February 21, 2025. A failure to respond may be construed as a failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.

DATED this 14 day of February, 2025.

_____
Donald W. Molloy, District Judge
United States District Court