IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JORY STRIZICH,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DUSTIN PALMER,<br><br>　　　　　　Defendant. | CV 21–22–H–DWM<br><br>ORDER |

    Having moved unopposed to dismiss Count 2, Count 3, and Count 4 of the Amended Complaint and the related punitive damages,

    IT IS ORDERED that Defendant Dustin Palmer's Motion to Dismiss, (Doc. 82), is GRANTED. Count 2, Count 3, and Count 4 of the Amended Complaint, (Doc. 79), and Plaintiff Jory Strizich's request for punitive damages related to these Counts, (*Id.*), are DISMISSED.

    DATED this 19th day of February, 2025.

_____
Donald W. Molloy, District Judge
United States District Court