IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JORY STRIZICH, | CV 21-22-H-DWM |
| Plaintiff, | |
| vs. | ORDER |
| DUSTIN PALMER, | |
| Defendant. | |

Having reached a compromise settlement approved by Montana First Judicial District Court Order pursuant to Montana Annotated Code § 2-9-303(1), (Doc. 116-1), the parties jointly move for dismissal of this cause with prejudice, (Doc. 116).

Accordingly, IT IS ORDERED that the motion, (Doc. 116), is GRANTED and the above-captioned cased is DISMISSED WITH PREJUDICE, each party to pay its own costs and attorney fees. All pending motions are MOOT and all deadlines are VACATED.

DATED this 26th day of August, 2025.

Donald W. Molloy, District Judge
United States District Court